# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Hollee Saville, Rebecca Swanson, Jean Lang, Erin Rheault, Nikki Geffe, Terrie Boyd, Misty Fisk, Kristi Johnson, Jennifer Lutgen, Joan Finley, and Susan Johnson,<br><br>     Plaintiffs,<br><br>v.<br><br>Minnesota Governor Mark Dayton, in his official capacity as the Governor of the State of Minnesota; Minnesota Bureau of Mediation Services; Josh Tilsen, in his official capacity as Commissioner of the Bureau of Mediation Services; Minnesota Department of Human Services; and Lucinda Jesson, in her official capacity as Commissioner of the Minnesota Department of Human Services,<br><br>     Defendants. | Court File No. 0:13-cv-01281-MJD/AJB<br><br><br><br>**PLAINTIFFS' RESPONSE TO AFSCME COUNCIL 5'S MOTION TO INTERVENE** |

Plaintiffs do not contest AFSCME Council 5's Motion to Intervene [Docket No. 14]. As such, plaintiffs respectfully suggest that the hearing on the motion, currently set for June 17, 2013, is not necessary.

Dated: June 6, 2013         By:   s/Douglas P. Seaton
                                  Douglas P. Seaton (#127759)
                                  Thomas R. Revnew (#0295620)
                                  Tara Craft Adams (#0332409)
                                  ATTORNEYS FOR PLAINTIFFS
                                  SEATON, PETERS & REVNEW, P.A
                                  7300 Metro Boulevard, Suite 500
                                  Minneapolis, MN 55439
                                  Tel. (952) 896-1700
                                  Fax (952) 896-1704
                                  dseaton@seatonlaw.com
                                  trevnew@seatonlaw.com
                                  tadams@seatonlaw.com