UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Hollee Saville, Rebecca Swanson, Jean Lang, Erin Rheault, Nikki Geffe, Terrie Boyd, Misty Fisk, Kristi Johnson, Jennifer Lutgen, Joan Finley, and Susan Johnson,<br><br>          Plaintiffs,<br><br>vs.<br><br>Minnesota Governor Mark Dayton, in his official capacity as the Governor of the State of Minnesota; Minnesota Bureau of Mediation Services; Josh Tilsen, in his official capacity as Commissioner of the Bureau of Mediation Services; Minnesota Department of Human Services; and Lucinda Jesson, in her official capacity as Commissioner of the Minnesota Department of Human Services,<br><br>          Defendants. | Case No. 0:13-cv-01281 MJD-AJB<br><br><br><br><br><br>**DEFENDANTS' MOTION TO DISMISS** |

Defendants Mark Dayton, Josh Tilsen, and Lucinda Jesson, the Bureau of Mediation Services and the Department of Human Services ("Defendants") move the Court to dismiss Plaintiff's complaint against them for lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted, and because the Bureau of Mediation Services and the Department of Human Services are not proper parties.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(1), (6), and is based upon the files, records and proceedings herein, including the memorandum of law filed and served herewith.

Dated: June 7, 2013

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/Alan I. Gilbert
ALAN I. GILBERT
Solicitor General
Atty. Reg. No. 0034678
al.gilbert@ag.state.mn.us

KRISTYN ANDERSON
Assistant Attorney General
Atty. Reg. No. 0267752
kristyn.anderson@ag.state.mn.us

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
Telephone: (651) 757-1450
Fax: (651) 282-5832

ATTORNEYS FOR DEFENDANTS MARK DAYTON, JOSH TILSEN, LUCINDA JESSON, THE BUREAU OF MEDIATION SERVICES AND THE DEPARTMENT OF HUMAN SERVICES