# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Hollee Saville, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Michael J. Davis |
| | U.S. District Chief Judge |
| v. | |
| Mark Dayton, et al, | Case No: 13-cv-1281 (MJD/AJB) |
| *Minnesota Governor, in his official capacity as the Governor of the State of Minnesota* | Date: July 18, 2013 |
| | Courthouse: Minneapolis |
| | Courtroom: Courtroom 15E |
| | Deputy: Kristine Wegner |
| Defendants. | Court Reporter: Lori Simpson |
| | Time Commenced: 9:30 a.m. |
| | Time Concluded: 10:45 a.m. |
| | Time in Court: 1 hour and 15 minutes |

Hearing on: **Motion for Preliminary Injunction [5] and Motion to Dismiss [28]**

APPEARANCES:

    Plaintiffs: Douglas Seaton and Tara Craft Adams
    Defendants: Alan Gilbert and Krystyn Anderson
    Interveners: Gregg Corwin, John West and Jordon Stockberger

PROCEEDINGS:

☒ Motions were moved, argued and taken under advisement. Order to follow.

Date: July 18, 2013                                                         s/Kristine Wegner
                                                                                 Calendar Clerk to Chief Judge Michael J. Davis